In the Matter of DALEWOOD ASSOCIATES, Appellant, v

NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RE-
NEWAL et al., Respondents.—Appeal by the petitioner from
stated portions of a judgment of the Supreme Court, Westches-
ter County, entered October 22, 1986.

Ordered that the judgment is affirmed insofar as appealed
from, with one bill of costs payable to the respondents appear-
ing separately and filing separate briefs, for reasons stated in
the opinion of Justice Coppola in the Supreme Court, West-
chester County. Mangano, J. P., Weinstein, Kooper and Har-
wood, JJ., concur.